June 15, 2007

Ms. Rosemary Conrad-Sandoval
Roerig, Oliveira & Fisher, L.L.P.
10225 North 10th Street
McAllen, TX 78504

Mr. Scott T. Clark
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551-1429
Honorable Arnoldo Cantu Jr.
Judge, Hidalgo County Court #5
100 North Closner
Edinburg, TX 78539

RE: Case Number: 06-0878
 Court of Appeals Number: 13-06-00458-CV
 Trial Court Number: CL-05-3167-E

Style: IN RE ALLSTATE COUNTY MUTUAL INSURANCE COMPANY AND DAVID
 GONZALEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. Pursuant to Texas Rule of Appellate
Procedure 52.8(c), without hearing oral argument, the Court conditionally
grants the petition for writ of mandamus.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Esther |
| |Cortez |
| |Mr. J. D. |
| |Salinas III |
| |Ms. Cathy |
| |Wilborn |